Rachel Renno, CA Bar No. 272558
rachel@foosgavinlaw.com
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: 916-779-3500
Facsimile: 916-779-3508

Attorney for Plaintiff VINCE BUNIO

Lara C. de Leon, CA Bar No. 270252
lara.deleon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Paul M. Smith CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant VICTORY PACKAGING, L.P.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCE BUNIO<br><br>      Plaintiff,<br><br>   v.<br><br>VICTORY PACKAGING, L.P.<br><br>      Defendant. | Case No. 2:18-cv-00897-KJM-EFB<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY AND RELATED MOTION DEADLINES AND ORDER**<br><br>Complaint Filed: January 30, 2018<br>Trial Date: None Set<br>Judge: Hon. Kimberly J. Mueller |

## GROUNDS FOR RELIEF

Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). A party may establish good cause by showing: (1) they he was diligent in assisting the court in creating a workable Rule 16 order; (2) that his noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding his diligent efforts to comply, because of the development of a matter which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that he was diligent in seeking amendment of the Rule 16 order, once it became apparent that he could not comply with the order. Hood v. Hartford Life & Accident Ins. Co., 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008).

Plaintiff VINCE BUNIO ("Plaintiff") and Defendant VICTORY PACKAGING, L.P. ("Defendant") ("Plaintiff and Defendant are jointly referred to herein as the "Parties,"), by and through their undersigned counsel of record, hereby jointly stipulate as follows:

*WHEREAS* the Parties have diligently conducted discovery in the instant, including by propounding written discovery and taking the deposition of Plaintiff; and

*WHEREAS* the Parties experienced unexpected delays in the completion of written discovery due to the sudden departure of Sean Gavin as Counsel for Plaintiff and substitution of Rachel Renno for same on or about January 24, 2019 (ECF No. 11); and

*WHEREAS* the Parties were unable to resolve their dispute at the April 2, 2019 Mediation pursuant to the Court's Voluntary Dispute Resolution Program ("VDRP"); and

*WHEREAS* good cause exists to provide for the brief continuation of discovery and motion-related deadlines to enable the parties to more thoroughly explore the facts and evidence in this matter and potential resolution before trial.

*NOW THEREFORE*, the Parties, by and through their undersigned respective counsel of record, do HEREBY AGREE AND STIPULATE AND REQUEST APPROVAL of the following:

1. That the Non-Expert Discovery Cut-off, currently set for May 31, 2019, be continued for sixty (60) calendar days to July 30, 2019; and

2. That the deadline to designate expert witnesses, currently set for August 2, 2019, be

Bun.0897.Sched.LF.k.docx

continued for sixty (60) calendar days to October 1, 2019;

3. That the deadline to designate rebuttal expert witnesses, currently set for August 16, 2019, be continued for sixty (60) calendar days to October 15, 2019;

4. That the Expert-Discovery Cut-Off, currently set for September 16, 2019, be continued for sixty (60) calendar days to November 15, 2019; and

5. That the deadline to hear dispositive motions, currently set for August 9, 2019, be continued for sixty (60) calendar days to October 8, 2019.

**SO STIPULATED.**

DATED: April 30, 2019					FOOS GAVIN LAW FIRM, P.C.


By: /s/ Rachel Renno
Rachel Renno
Attorneys for Plaintiff
VINCE BUNIO


DATED: April 30, 2019					OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Paul M. Smith
Lara C. de Leon
Paul M. Smith
Attorneys for Defendant VICTORY PACKAGING, L.P.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: April 30, 2019  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Paul M. Smith
    Lara C. de Leon
    Paul M. Smith
    Attorneys for Defendant VICTORY PACKAGING, L.P.

## ORDER

Good cause appearing, the court modifies to pretrial scheduling order to extend discovery deadlines and all other dates in the Pretrial Scheduling Order as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Non-expert discovery cut-off | May 31, 2019 | July 30, 2019 |
| Deadline to designate expert witnesses | August 2, 2019 | October 1, 2019 |
| Designate rebuttal expert witnesses | August 16, 2019 | October 15, 2019 |
| Last day to hear dispositive motions | August 9, 2019 | October 18, 2019[1] |

**IT IS SO ORDERED**.

DATED: May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties requested a 60-day extension to October 8, 2019, which is not an available law and motion calendar date. October 18, 2019 is the next available law and motion calendar date.