## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                       **JUDGMENT IN A CIVIL CASE**

**VINCE BUNIO,**

                                       CASE NO: **2:18–CV–00897–KJM–EFB**

                v.

**VICTORY PACKAGING, L.P.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/22/2020**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **October 22, 2020**

                                        by: /s/ A. Kastilahn_____
                                                Deputy Clerk